No. 12–0272/AF. U.S. v. Timur Timerhanov. CCA 37685. Review granted on the following issue:

> WHETHER SPECIFICATION 1 OF CHARGE II, A CONTESTED AS-SAULT WITH INTENT TO COMMIT ROBBERY SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE AN ARTICLE 134 TERMINAL ELEMENT BUT THAT WAS NOT CHALLENGED AT TRIAL, STATES AN OFFENSE.

No briefs will be filed under Rule 25.

No. 12–6002/AF. U.S. v. Darren N. Hathorne. CCA 2011–02. On further consideration of the record in the above-captioned case, the Court has concluded that the

that the convening authority's action purported to execute the bad-conduct discharge, it was a nullity. *See* United States v. Bailey, 68 M.J. 409 (C.A.A.F. 2009).

record does not reflect that Appellant has exhausted available review under Article 69, Uniform Code of Military Justice, 10 U.S.C. § 869 (2006). In that context, Appellant's present appeal is not ripe. Accordingly, it is ordered that said appeal is hereby dismissed without prejudice to consideration upon further review, if any. Appellee's motion to dismiss is denied as moot.

No. 12–0194/AR. U.S. v. Evan Vela. CCA 20080133. Appellee's motion for leave to file a supplemental joint appendix is granted.

No. 12–0286/AF. U.S. v. Paul A. Titcombe. CCA 37618. Appellant's motion to supplement the record is denied.

No. 12–0317/AF. U.S. v. Ronnie Wilson. CCA 37486. On consideration of Appellant's second motion to extend time to file the supplement to the petition for grant of review and Appellee's motion to strike Appellant's untimely and unauthorized supplement to the petition for grant of review filed out of time, it is ordered that Appellant's second motion to extend time to file the supplement to the petition for grant of review is hereby granted, and that Appellee's motion to strike Appellant's untimely and unauthorized supplement to the petition for grant of review filed out of time is hereby denied.

No. 12–0336/AR. U.S. v. Christopher L. Covington. CCA 20090877. Appellant's motion to extend time to file a brief and the joint appendix granted, *up to and including April 30, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*